UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PITBULL PRODUCTIONS, INC.

                                                                                                Index Number 06 CV 13667
                                                                                                (RMB(RLE)
                                    Plaintiff

- against-

YOCKO DISTRIBUTORS INC.,
LENNY YOCKO,
JUDY YOCKO
14TH STREET DVD CENTER
JOHN DOE "Miami"( true name unknown)
various JOHN DOES( the names being   Fictitious
as to the True Identity Is Unknown)
                                                           Defendants.
------------------------------------------------------------X

        Upon agreement of counsel for the respective parties in the above-captioned action, and the Court having considered all matters raised, it is hereby **ORDERED** as follows:

        1.     The initial pretrial conference scheduled for Wednesday January 31 2007 be adjourned to February 7, 2007 @ 10:30 a.m.

Enter: January 23, 2007
New York, New York

SO ORDERED:
_____
Richard M. Berman
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/07