UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PITBULL PRODUCTIONS, INC.,

                        Plaintiff,

                                                                             06 Civ. 13667 (RMB)

      -against-

YOCKO DISTRIBUTORS, INC., et al.,

                        Defendants.
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**


      Based on the letter from Plaintiff's counsel, dated February 1, 2007, advising the Court that the parties have reached a settlement in principle, it is hereby

      **ORDERED** that the above-entitled action be, and the same hereby is, discontinued against all parties except as related to defendant Angel Ramirez; provided, however, that within thirty (30) days of the date of this Order, either party may apply by letter showing good cause why this action should be restored to the calendar of the undersigned.

Dated: New York, New York
       February 5, 2007

                                                                           Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/07